## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*February 26, 2007*

[Cite as *02/26/2007 Case Announcements*, 2007-Ohio-755.]

### MOTION AND PROCEDURAL RULINGS

**2006–0830. Elyria Foundry Co. v. Pub. Util. Comm.**
Public App. No. 05–1127–EL–UNC. This cause is pending before the court as an appeal from Public Utilities Commission of Ohio. Upon consideration of the motion to withdraw amicus curiae brief of the Office of the Ohio Consumers' Counsel,
It is ordered by the court that the motion is granted.

**2006–1594. Indus. Energy Users–Ohio v. Pub. Util. Comm.**
Public App. No. 05–376–EL–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint motion to extend time for oral argument,
It is ordered by the court that the motion is denied.

**2006–1609. Solon v. Mazala.**
Cuyahoga App. No. 87055. This cause came on for further consideration of appellant's motion to stay the implementation of the dismissal of this case. Upon consideration thereof,
It is ordered by the court that the motion is denied.